UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In the matter of:

KALIOPI STAMATOPOULOU                           ORDER
BERDENIS STRAVOLEMAKOS,

          Petitioner,

                                               Miscellaneous Action
                                               No. MC-11-0451

UNITED STATES OF AMERICA,

          Respondent.                              (Johnson, J.)

------------------------------------------------------------X

      THIS MATTER, having been brought before the Court upon the application of Adel A. Chahine, Esq., counsel for Petitioner for an order granting Petitioner's motion for amendment of Certificate of Naturalization so that it reflects the correct date of birth, February 25, 1946, and so that it reflects the correct name, Kalliopi Stravolemakos; and the Court having considered the submissions; and for good cause shown;

      IT IS, on this 27th day of June 2012,

      ORDERED that Petitioner's motion for amendment of Certificate of Naturalization so that it reflects the correct date of birth, February 25, 1946, and so that it reflects the correct name, Kalliopi Stravolemakos, is hereby GRANTED.

                                                          /s/(SJ)
                                                     _____
                                                     STERLING JOHNSON, JR.
                                                     United States District Judge